No. D–842.   IN RE DISBARMENT OF EISENBERG.   Disbarment entered.   [For earlier order herein, see 493 U. S. 988.]

No. D–845.   IN RE DISBARMENT OF DAVIS.   Disbarment entered.   [For earlier order herein, see 493 U. S. 988.]

No. D–862.   IN RE DISBARMENT OF HELLER.   Melvin A. Heller, of Chicago, Ill., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on February 20, 1990 [493 U. S. 1067], is hereby discharged.

No. D–863.   IN RE DISBARMENT OF MORRIS.   Jerrold L. Morris, of Chicago, Ill., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on February 26, 1990 [*ante*, p. 1001], is hereby discharged.

No. D–865.   IN RE DISBARMENT OF BOYCE.   Earl Rumsey Boyce, of Palm Beach, Fla., having requested to resign as a member of the Bar of this Court, it. is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.   The rule to show cause, heretofore issued on February 26, 1990 [*ante*, p. 1002], is hereby discharged.

No. D–866.   IN RE DISBARMENT OF SILVEIRA.   Disbarment entered.   [For earlier order herein, see *ante*, p. 1002.]

No. D–890.   IN RE DISBARMENT OF HANCOCK.   It is ordered that Mac W. Hancock III, of Houston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–891.   IN RE DISBARMENT OF DAY.   It is ordered that George A. Day, of Brownwood, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–892.   IN RE DISBARMENT OF SHORTER.   It is ordered that John A. Shorter, Jr., of Washington, D. C., be suspended from the practice of law in this Court and that a rule issue, return-